[No. 3374.]

THE PENTECOSTAL UNION ET ALS., V. MCCLURKEE ET AL.

*Appeal from Denver District Court.* HON. GEORGE
    W. ALLEN, Judge.

Messrs. ALLEN & WEBSTER, for appellants.

Mr. GEORGE P. WINTERS, for appellees.

PLEADINGS.—*Complaint held sufficient.*

*Per Curiam.*—The appellant, defendant below,
brings this case here on appeal from a judgment of
the district court for the City and County of Den-
ver, complaining of a judgment rendered by said
court on a trial to a jury.

The only assignment of error made by appel-
lant in this case is that the complaint does not state
facts sufficient to constitute a cause of action. An
examination of the complaint satisfies us that this
contention is not tenable, and that the judgment of
the trial court should be affirmed, which is accord-
ingly done.                    *Judgment affirmed.*

WALLING, Judge, not participating.